AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**FILED**
APR 21 2008
*BvC*
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Daniel Eckstorm SR
_____
Plaintiff

V.

Monica Thompson
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _226_

I, Daniel Eckstorm SR, declare that I am the (check appropriate box)

- ✓ Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • ✓Yes    • •No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Sussex Correctional Institution

    **Inmate Identification Number (Required):** 381530

    Are you employed at the institution? No  Do you receive any payment from the institution? No

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • •Yes    • ✓No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    • • Yes    • ✓ No
    b. Rent payments, interest or dividends    • • Yes    • ✓ No
    c. Pensions, annuities or life insurance payments    • • Yes    • ✓ No
    d. Disability or workers compensation payments    • • Yes    • ✓ No
    e. Gifts or inheritances    • • Yes    • ✓ No
    f. Any other sources    • • Yes    • ✓ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  • ✓ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  • • Yes  • ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   N/A

I declare under penalty of perjury that the above information is true and correct.

3-26-08
DATE                                                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

2 6

Printed: 4/2/2008

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 2/26/2008 through 3/31/2008*

Page 1 of 1

**SBI: 00381530**          **NAME:**   **ECKSTORM, DANIEL W**

| Date | Balance |
|---|---|
| 02/26/2008 | $0.00 |
| 02/27/2008 | $0.00 |
| 02/28/2008 | $0.00 |
| 02/29/2008 | $0.00 |
| 03/01/2008 | $0.00 |
| 03/02/2008 | $0.00 |
| 03/03/2008 | $0.00 |
| 03/04/2008 | $0.00 |
| 03/05/2008 | $0.00 |
| 03/06/2008 | $0.00 |
| 03/07/2008 | $0.00 |
| 03/08/2008 | $0.00 |
| 03/09/2008 | $0.00 |
| 03/10/2008 | $0.00 |
| 03/11/2008 | $0.00 |
| 03/12/2008 | $0.00 |
| 03/13/2008 | $0.00 |
| 03/14/2008 | $0.00 |
| 03/15/2008 | $0.00 |
| 03/16/2008 | $0.00 |
| 03/17/2008 | $15.00 |
| 03/18/2008 | $15.00 |
| 03/19/2008 | $2.03 |
| 03/20/2008 | $2.03 |
| 03/21/2008 | $2.03 |
| 03/22/2008 | $2.03 |
| 03/23/2008 | $2.03 |
| 03/24/2008 | $2.03 |
| 03/25/2008 | $2.03 |
| 03/26/2008 | $0.03 |
| 03/27/2008 | $0.03 |
| 03/28/2008 | $0.03 |
| 03/29/2008 | $0.03 |
| 03/30/2008 | $0.03 |
| 03/31/2008 | $10.03 |

Summary for 'SBI' = 00381530 (35 detail records)            **Average Daily Balance:**    $1.55



FILED
APR 2 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Prior Month -- Individual Statement

Date Printed: 4/2/2008     Page 1 of 1

## For Month of February 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00381530 | ECKSTORM | DANIEL | W | | | |
| **Current Location:** | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 2/26/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 4/2/2008                                                                 Page 1 of 1

## For Month of March 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00381530 | ECKSTORM | DANIEL | W | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | DANIELLE DEMATTE | 3/17/2008 | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 |
| Copies | | 3/18/2008 | $0.00 | $0.00 | ($2.00) | $0.00 | $15.00 |
| Commissary | | 3/19/2008 | ($12.97) | $0.00 | $0.00 | $0.00 | $2.03 |
| Copies | | 3/26/2008 | ($2.00) | $0.00 | $0.00 | $0.00 | $0.03 |
| Mail MO | DANIELLE DIMATEO | 3/31/2008 | $10.00 | $0.00 | $0.00 | $0.00 | $10.03 |
| | | | | | | Ending Mth Balance: | $10.03 |

F/M: D. Eckstorm BLDG. Pretrial
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SBI # 381830
Unit 3 cell 336

Clerk
US. District Court
Lockbox 18
844 N. King St.
Wilm. DE
19801