(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

(1) Daniel Eckstorm SR    381530
(Name of Plaintiff)    (Inmate Number)

Sussex Correctional Inst.
PO BOX 500 Georgetown DE 19947
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Monica Thompson
(2) _____
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

08 - 226

(Case Number)
(to be assigned by U.S. District Court)

# CIVIL COMPLAINT

• • Jury Trial Requested

FILED
APR 21 2008
U.S. DISTRICT C...
DISTRICT OF DE

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ··Yes ··No   N/A

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (··Yes) ··No

C. If your answer to "B" is Yes:

1. What steps did you take? Conversational has taken place several times between the Plaintiff and Defendant

2. What was the result? agreements never fulfilled

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Monica Thompson
Employed as Deliverier at Giavanis Place
Mailing address with zip code: 124 Cherry lane Newcastle DE, 19720

(2) Name of second defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 1999 - Monica Thompson & Daniel Eckstorm SR obtained a Capitol One credit card for which was overdrawn to an obsurd amount and wasn't payed by which Defendant agreed too.

2. 2001 - Daniel Eckstorm SR turned a Verizon Telephone Service on at 124 Cherry lane Newcastle DE and Defendant agreed to pay and did not do so.

3. 2007 - Daniel Eckstorm SR turned on a Connective Electric Service at 124 Cherry lane Newcastle DE and Defendant agreed to pay and did not do so.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Capitol one credit card payed off in Full

2. Verizon Telephone Service payed off in full

3. Connective Electric Service payed off in full

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of March, 2008.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M: D. Eckstorm BLDG. Pretrail
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

SBI # 381530
Unit 3 cell 326

Clerk
U.S. District Court
Lockbox 18
844 N. King St.
Wilm. DE
19801