CA 08-226 SLR

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

AJK

U.S.M.
X-R...

FILED

MAY 12 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED

MAY 08 2008

SCI MAILROOM

NIXIE    197    DE 1        00    05/10/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19809001919        *1927-06445-10-17

1959055018

Daniel Eckstorm, Sr
SBI# 381530
Sussex Correctional Institution (SCI)
P.O. Box 500
Georgetown, DE 19947

## Utility Events

1:08-cv-00226-UNA Eckstorm v. Thompson

PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 4/30/2008 at 3:09 PM EDT and filed on 4/30/2008

**Case Name:**      Eckstorm v. Thompson

**Case Number:**    1:08-cv-226

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb)**

**1:08-cv-226 Notice has been electronically mailed to:**

**1:08-cv-226 Notice has been delivered by other means to:**

Daniel Eckstorm, Sr
SBI# 381530
Sussex Correctional Institution (SCI)
P.O. Box 500
Georgetown, DE 19947