IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL ECKSTROM, SR.,                    )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  ) Civ. No.  08-226-SLR
                                         )
MONICA THOMPSON,                         )
                                         )
          Defendant.                     )

## AUTHORIZATION

I,Daniel Eckstrom, Sr., SBI #381530, request and authorize the agency holding

me in custody to disburse to the Clerk of the Court the initial partial filing fee of $5.00

and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated _____MAY 20_____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing

of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my trust account regardless

of the outcome of my civil action.  This authorization shall apply to any other agency

into whose custody I may be transferred.

Date: _____MAY 20_____, 2008.

_____
Signature of Plaintiff

FILED

MAY 2 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned



USA FIRST CLASS FOREVER

USA FIRST CLASS FOREVER

WILMINGTON DE 197

27 MAY 2008 PM 3 L

Daniel Eckstrom
34333 Beech A.
Lewes, DE 19958

Office Of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801 - 3570