IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL ECKSTORM, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-226-SLR ) |
| MONICA THOMPSON, | ) ) |
| Defendant. | ) ) |

**ORDER**

WHEREAS, plaintiff, Daniel Eckstorm, Sr., was a prisoner incarcerated at the Sussex Correctional Institution at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 6, 2008, this court entered an order granting leave to proceed in forma pauperis, and requiring plaintiff to pay the $350.00 filing fee as determined by statute;

WHEREAS, on May 13, 2008, the court was notified that plaintiff is no longer incarcerated;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003).

THEREFORE, at Wilmington this __4th__ day of June, 2008, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee owed ($350.00) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE